McGLADREY & PULLEN, LLP v. N.C. STATE BD. OF CERT. PUB. ACCOUNTANT EXAM'RS

[360 N.C. 399 (2006)]

McGLADREY & PULLEN, LLP, Petitioner v. NORTH CAROLINA STATE BOARD OF CERTIFIED PUBLIC ACCOUNTANT EXAMINERS, Respondent

No. 469A05

(Filed 7 April 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 171 N.C. App. 610, 615 S.E.2d 339 (2005), affirming an order entered on 18 March 2004 by Judge Orlando F. Hudson, Jr. in Superior Court, Wake County. Heard in the Supreme Court 14 March 2006.

*Parker Poe Adams & Bernstein, LLP, by William L. Rikard, Jr., Jack L. Cozort, and Kristin R. Poolos, for petitioner-appellant.*

*Allen and Pinnix, P.A., by Noel L. Allen and M. Jackson Nichols, for respondent-appellee.*

PER CURIAM.

AFFIRMED.